United States Bankruptcy Court
Central District of California
411 W. Fourth Street Ste. 2030
Santa Ana, CA. 92701-4593

Jennifer Moser
2966 W. Snead Pl
Tustin, CA 92782
(714) 360-9974

**FILED APR 13 2010** CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**ENTERED APR 14 2010** CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**LODGED MAR 25 2010** CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Order Granting Motion to Extend 15 days April 09-2010 –

In re Jennifer Amy Moser

Case No: 8:10BK-13118TA
Title: ORDER RE 15 day Extension for Filing Schedules
Chapter: 13
Date: March 25-2010
Time: 3:38
Place: Santa Ana, CA

Motion to Extend Time for filing schedules is granted to April 29, 2010.

Dated: APR 13 2010

Jennifer Moser
March 25-2010

X _____
Judge
THEODOR C. ALBERT

NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING EXTENSION TO FILE SCHEDULES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___3/25/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amrane Cohen    efile@ch13ac.com

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

- Carol G Unruh    cgunruh@sbcglobal.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jennifer Amy Moser
2966 W Snead Pl
Tustin, CA 92782

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page